ACCEPTED
01-14-00844-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 3:01:25 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00844-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 3:01:25 PM
CHRISTOPHER A. PRINE
Clerk

**Neighborhood Centers, Inc.,**
**Appellant**

v.

**Doreatha Walker,**
**Appellee and Cross-Appellant**

From the 80th District Court, Harris County, Texas
Cause No. 2014-37034

### MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE NEW COUNSEL, AND MOTION TO EXTEND TIME

Pursuant to Texas Rule of Appellate Procedure 6.5, the below-signed counsel file this motion for leave to withdraw and substitute new counsel for Cross-Appellant/Appellee Doreatha Walker, and to extend the September 21, 2015 deadline to respond to the motion for rehearing filed by Appellant Neighborhood Centers, Inc.

999999\00195\1441486.1

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE NEW COUNSEL

The below-signed counsel respectfully request that the current lead counsel be allowed to withdraw and no longer represent Ms. Walker in this appeal.[1] Lorna McMillion and Lawrence M. Doss of MULLIN HOARD BROWN LLP will represent Ms. Walker as new lead counsel in this appeal:

Lorna L. McMillion
State Bar No. 24086726
Lawrence M. Doss
State Bar No. 24012544
MULLIN HOARD BROWN LLP
Wells Fargo Center, 1500 Broadway, Suite 700
Lubbock Texas 79401
806.765.7491 phone
806.765.0553 fax
PO Box 2585
Lubbock Texas 79408-2585
lmcmillion@mhba.com
ldoss@mhba.com

A copy of this motion has been delivered to Ms. Walker at her last known address by certified mail, first class mail, and email as indicated below:

Ms. Doreatha Walker
6806 Lost Thicket Drive
Houston TX 77085
713.263.4699
tryjesustoo@yahoo.com

---

[1] Former lead counsel joined a new law firm after briefing in this appeal was complete and less than two weeks before oral argument. Former lead counsel subsequently learned of an unexpected and indirect conflict of interest that would preclude further representation in this appeal when this Court issued its opinion and the existing agreement to provide pro bono services ended by its own terms. As with the prior motion to withdraw, Ms. Walker agrees with and consents to this motion to withdraw and substitute new counsel.

999999\00195\1441486.1

## MOTION TO EXTEND TIME

Additionally, Ms. Walker seeks a brief two-week extension of the September 21, 2015 deadline to respond to the motion for rehearing filed by Appellant Neighborhood Center, Inc., pursuant to Texas Rules of Appellate Procedure 10.5(b).

Ms. Walker's appeal to this Court was referred to the new lead counsel through the pro bono program of the Texas State Bar and the Houston Bar Association Appellate Section on September 9, 2015. Additional time is needed to review the Court's opinion and the record on appeal, as well as to research the issues raised in Neighborhood Centers, Inc.'s motion for rehearing.

Ms. Walker therefore requests that the Court vacate the September 21, 2015 deadline for Ms. Walker to file her response to the motion for rehearing, and permit Ms. Walker to file response on Monday, October 5, 2015. This motion is not brought for purpose of delay, but rather so that justice may be done.

Respectfully submitted,

By: /s/ Whitney Rawlinson

Whitney Rawlinson
State Bar No. 24068655
4265 San Felipe, Suite 1200
Houston, Texas 77027
832.615.4228 phone
713.552.1758 fax
wrawlinson@boyarmiller.com

**FORMER COUNSEL FOR DOREATHA WALKER**

and

By: /s/ Lorna L. McMillion

Lorna L. McMillion
State Bar No. 24086726
Lawrence M. Doss
State Bar No. 24012544
MULLIN HOARD BROWN LLP
Wells Fargo Center
1500 Broadway, Suite 700
Lubbock Texas 79401
806.765.7491 phone
806.765.0553 fax
PO Box 2585
Lubbock Texas 79408-2585
lmcmillion@mhba.com
ldoss@mhba.com

**NEW COUNSEL FOR DOREATHA WALKER**

999999\00195\1441486.1

## CERTIFICATE OF COMPLIANCE

I do hereby certify that I have conferred with counsel for Appellant in this case, and counsel indicated that Appellant is unopposed to the relief sought in this motion.

*/s/ Whitney Rawlinson*
Whitney Rawlinson

## CERTIFICATE OF COMPLIANCE

I further hereby certify that this document complies with the typeface requirements of Texas Rule of Appellate Procedure 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Bell MT font.

*/s/ Whitney Rawlinson*
Whitney Rawlinson

999999\00195\1441486.1

## CERTIFICATE OF SERVICE

I further certify that on the 14th day of September, 2015 a true and correct copy of the foregoing document was sent to all counsel of record as indicated below:

Linda P. Wills
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2000
713.785.7780 fax
linda.wills@wilsonelser.com
*by e-serve*

Ms. Doreatha Walker
Last known address:
6806 Lost Thicket Drive
Houston TX 77085
tryjesustoo@yahoo.com
*by e-mail, first class mail,*
*and certified mail, return receipt requested #7013 1710 0001 4236 9041*

*/s/ Whitney Rawlinson*
Whitney Rawlinson